# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:　LORI A. JENSEN　　　　　　　　　　　　　　　　　　　　　Case Number: 08-71589
　　　　131 S. 2ND ST., PO BOX 113　　　　SSN-xxx-xx-1076
　　　　MALTA, IL  60150

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case filed on:　　　5/22/2008
　　　　　　　　　　　　　　　　　　　　　　　　　　　Plan Confirmed on:
　　　　　　　　　　　　　　　　U Dismissed  Unconfirmed

　　　Total funds received and disbursed pursuant to the plan:　$0.00　　　　Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LORI A. JENSEN (PRO SE) | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 0.00 | 0.00 | 0.00 | 0.00 |

Total Paid Claimant:　　　$0.00
Trustee Allowance:　　　　$0.00　　　Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:　　0.00　　　discharging the trustee and the trustee's surety from any and all
　　　　　　　　　　　　　　　　　　　liablility on account of the within proceedings, and closing the estate,
　　　　　　　　　　　　　　　　　　　and for such other relief as is just.  Pursuant to FRBP, I hereby
　　　　　　　　　　　　　　　　　　　certify that the subject case has been fully administered.

　　　Report Dated:

　　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 07/30/2008　　　　　　By  /s/Heather M. Fagan